Nancy Levinson, Plaintiff-Appellee, v. King's Court Corporation, F. A. Gátes et al., Defendants-Appellants.

Gen. No. 47,104.

First District, First Division.
April 29, 1957.
Rehearing denied May 20, 1957.
Released for publication May 21, 1957.

Kinne and Scovel (Harry C. Kinne, Sr., of counsel) for defendants-appellants cross-appellees; Morris K. Levinson, for plaintiff-appellee cross-appellant. Opinion by JUDGE BURKE. Not to be published in full.